RECEIVED
IN LAFAYETTE, LA.
APR 0 8 2009
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-60060-03 |
| VERSUS | JUDGE DOHERTY |
| PEARLIE WARFIELD | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING AND ORDER

Pending before this Court is the "Motion to Re-Sentence Defendant," filed by defendant Pearlie Warfield [Doc. 224]. The government was contacted to determine whether it opposes the motion; it does not.

On June 20, 2008, the United States Court of Appeals for the Fifth Circuit vacated its previous judgment in this matter, which affirmed the sentence of the district court, and remanded the matter for re-sentencing in light of *Gall v. United States*, 128 S.Ct. 586 (2007). *See United States v. Warfield*, 283 F.App'x. 234, 2008 WL2482349 (5th Cir. 2008); *Warfield v. United States*, 128 S.Ct. 864 (2008). The defendant was actually released from BOP custody on December 28, 2007, prior to rendition of the Fifth Circuit's decision remanding this matter for re-sentencing, therefore, the Court did not conduct a re-sentencing hearing. However, in June 2008, this Court reduced the amount of restitution Ms. Warfield pays from $50.00 per month to $10.00 per month.

In the instant motion, Ms. Warfield seeks a reduction in the term of supervised release. At the request of the Court, the Probation Office in the Western District of Louisiana contacted Ms. Warfield's supervising probation officer in Houston Texas, who indicated Ms. Warfield has largely

complied with the terms of her supervised release, except for minor infractions.[1]

This Court has considered the factors set forth in 18 U.S.C. §3553(a) and has concluded the majority of the factors weigh in favor of early termination of supervised release. Considering the foregoing, and further considering that the government has no objection to the early termination of Ms. Warfield's supervised release,

IT IS ORDERED that the "Motion to Re-Sentence Defendant" filed by defendant Pearlie Warfield [Doc. 224] is GRANTED. IT IS FURTHER ORDERED that Ms. Warfield shall continue to make her restitution payments in the amount of $10.00 per month. Should Ms. Warfield fail to timely pay restitution, the government is to pursue restitution through civil means. IT IS FURTHER ORDERED that a copy of this Memorandum Ruling and Order be REFERRED to the Office of Probation so that that office may issue the appropriate paperwork in light of this Order.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___7___ day of April 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 4/8/09
BY:
TO: RFD

---

[1] As an example, the probation officer indicated Mr. Warfield missed her April 2, 2009 meeting with the officer, but stated he believed this was an oversight.